**UNITED STATES DISTRICT COURT**
**FOR THE**
**WESTERN DISTRICT OF TENNESSEE**

FILED BY _____ D.C.

05 JUL -8 PM 4: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-20230-MI |
| | ) | |
| ODIE SMITH, | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

Katrina U. Earley, Assistant U.S. Attorney applies to the Court for a Writ to have Odie

Smith, RNI #030102, DOB 5-6-46, is now being detained in the Shelby County Jail appear before

the Honorable Diane K. Vescovo on 20th, July, 2005, at 2:00 p.m. for initial appearance and for such

other appearances as this Court may direct.

Respectfully submitted this 8th day of July, 2005.

_Katrina U. Earley_
**Assistant U. S. Attorney**

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN,

YOU ARE HEREBY COMMANDED to have Odie Smith _____

appear before the Honorable Diane K. Vescovo at the date and time aforementioned.

ENTERED this **8th** day of July 2005.

_Diane K. Vescovo_
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20230 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT