IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ✏ D.C.

05 AUG 10 AM 10:56

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

V.                                                                                  05-20230-Ml

**ODIE SMITH**

## ORDER ON ARRAIGNMENT

This cause came to be heard on _August 19, 2005_, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _L. Garner_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

___ The defendant, who is not in custody, may stand on his present bond.
_✓_ The defendant, (not ~~having made bond~~) (being a ~~state prisoner~~) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

CHARGES: 18:922;

U. S. Attorney assigned to Case: K. Earley

Age: _59_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-12-05_





# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:05-CR-20230 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT