IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV -4  AM 11:07

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>VS<br><br>ODIE SMITH<br><br>    Defendant(s) | CR. NO. 05-20230-Ml |

### ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for Trial on the November, 2005 criminal rotation docket. Counsel for the defendant requested a continuance of the present setting. The continuance is necessary to allow for additional preparation in the case.

The Court granted the request and continued the matter for a Report Date to Wednesday, November 23, 2005 at 9:00 a.m. with a trial date of Monday, December 5, 2005.

The period from November 18, 2005 through December 16, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the ___4___ day of November, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _11-4-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CR-20230 was distributed by fax, mail, or direct printing on November 4, 2005 to the parties listed.

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT