IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 12  AM 10: 43

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN - MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS ) | CR. NO. 05-20230-M1 |
| ODIE SMITH ) | |
| Defendant. ) | |

## ORDER ON JURY VERDICT

This cause came on for trial on December 7, 2005, the United States Attorney for this District, Katrina Earley, representing the Government, and the defendant, Odie Smith, appearing in person and with counsel, Linda Kendall Garner.

Jurors were selected and sworn. After listening to opening statements, all of the proof, closing arguments and jury charge, the jurors were excused to begin deliberation.

After due deliberation, the jury returned in open court on December 9, 2005, and announced a verdict of GUILTY as to Counts 1 and 2 of the Indictment.

Jurors were polled individually.

The **SENTENCING HEARING** is **SET** on **FRIDAY, MARCH 10, 2006 at 9:00 A.M.** in Courtroom Number 4, 9th Floor, before Judge Jon Phipps McCalla.

Defendant was remanded to the custody of the United States Marshal.

ENTERED this the 12 day of December, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 12-12-05

41

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:05-CR-20230 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT